■ The People of the State of New York, Respondent, v Wayne Johnson, Appellant. — Judgment unanimously affirmed. Memorandum: Defendant, a known burglar, was observed by the police shortly before noon walking and looking at houses in a neighborhood which had a "rash" of recent daytime burglaries. These circumstances aroused the interest of the officers and justified a brief limited inquiry (see *People v Carrasquillo,* 54 NY2d 248; *People v*

*Howard,* 50 NY2d 583; *People v De Bour,* 40 NY2d 210). The totality of evidence supports County Court's finding that defendant thereafter voluntarily consented to accompany the police and defendant's suppression motion was properly denied (see *United States v Mendenhall,* 446 US 544; *People v Morales,* 42 NY2d 129, 137-138, cert den 434 US 1018; *People v Munro,* 86 AD2d 683; see, also, *United States v Watson,* 423 US 411). (Appeal from judgment of Monroe County Court, Barr, J. — burglary, third degree.) Present — Hancock, Jr., J. P., Callahan, Boomer, Green and Schnepp, JJ.